# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| RICHARD BANDA, | Case No. 2:19-cv-00095-RFB-DJA |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOHN DOE, *et al.*, | |
| Defendants. | |

## I.   DISCUSSION

Plaintiff, a pro se prisoner, previously filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1.) The Court dismissed the complaint, including the claim for deliberate indifference to serious medical needs, with prejudice and denied the application to proceed *in forma pauperis* as moot. (ECF No. 6). Eighth months later, Plaintiff filed a motion for reconsideration of that order. (ECF No. 8).

In his motion for reconsideration, Plaintiff argues that he should have been given leave to amend his claim for deliberate indifference to serious medical needs. (ECF No. 8). Out of an abundance of caution, the Court will grant Plaintiff leave to amend that claim to allege true facts that are sufficient to state a claim. Plaintiff is <u>not</u> granted leave to include any other claims in his amended complaint.

Plaintiff is instructed to review the screening order and to review and comply with the instructions on the complaint form being provided by the Court before filing his amended complaint.

## II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for reconsideration (ECF No. 8) is granted and Plaintiff is granted leave to amend his constitutional claim for deliberate indifference to serous medical needs.

IT IS FURTHER ORDERED that the Clerk of the Court shall reinstate Plaintiff's application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that a decision on the application to proceed *in forma pauperis* is deferred.

IT IS FURTHER ORDERED that the motions for court action (ECF No. 9 and 10) are denied as moot.

IT IS FURTHER ORDERED that Plaintiff shall file the amended complaint within 30 days from the date of entry of this order.

IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of his original complaint (ECF No. 1-1), and a copy of the screening order (ECF No. 6).  If Plaintiff chooses to file an amended complaint, he should use the approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

IT IS FURTHER ORDERED that, if Plaintiff fails to file a timely amended complaint, this action shall be dismissed with prejudice for failure to state a claim.

DATED THIS 28th day of October, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE