UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RICHARD BANDA,

Plaintiff,

v.

JOHN DOE, *et al.*,

Defendants.

Case No. 2:19-cv-00095-RFB-DJA

ORDER

## I. INTRODUCTION

Before the Court is [ECF No. 26] Motion to Amend ECF No. 25 Minute Order.

## II. BACKGROUND

On May 30, 2021, the Court issued a Minute Order, *inter alia*, ordering that within two weeks, Plaintiff shall be provided with a copy of his medical records to keep in his cell. ECF No. 25. On June 10, 2021, Plaintiff filed this instant motion. ECF No. 26. Plaintiff stated that the Order was not properly served on the Custodian of Medical Records of Wellpath at Clark County Detention Center ("CCDC") so that compliance could be made. Plaintiff was incarcerated at CCDC at the time of the alleged events, and he is currently housed at High Desert State Prison ("HDSP").

Based upon the record, the Court finds that Plaintiff is entitled to his medical records from his time at CCDC to prepare for litigation. The warden at HDSP is ordered to provide Plaintiff with a copy of his medical records from CCDC or direct the vendor that provides services for HDSP to provide these records. If Plaintiff is not provided with his

1

records, the Court may order sanctions which may include monetary or case-dispositive sanctions.

### III. CONCLUSION

IT IS ORDERED that [ECF No. 26] Motion to Amend ECF No. 25 Minute Order is GRANTED.

IT IS ORDERED that the Warden of High Desert State Prison is ordered to provide Plaintiff with a copy of his medical records from CCDC or direct the vendor that provides services for HDSP to provide these records. This must be done within 21 days of this order.

IT IS FURTHER ORDERED that the Plaintiff shall have 60 additional days to file a Second Amended Complaint.

DATED: June 28, 2021.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE