Adam Hosmer-Henner, Esq., (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com

*Attorneys for Richard Banda*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>     Plaintiff,<br><br>v.<br><br>NAPHCARE, INC. a corporation; JOHN/JANE DOES 1-5,<br><br>     Defendants. | Case No.: 2:19-CV-00095-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT NAPHCARE, INC.'S MOTION TO DISMISS**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Richard Banda ("Plaintiff") and Defendant NaphCare, Inc. ("Defendant"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Plaintiff to respond to Defendant's Motion to Dismiss (ECF No. 41) from October 7, 2022 to October 14, 2022. Due to the nature of the case, the complexity of arguments, and various scheduling conflicts, Plaintiff requires additional time to review and respond to the arguments presented in the Motion to Dismiss and draft an appropriate response.

//
//
//
//
//
//

Plaintiff does not seek this one-week extension for purposes of delay, and this is the first request by the parties for an extension of time to file a response to ECF No. 41.

Dated:  October 4, 2022.

| LEWIS BRISBOIS BISGAARD & SMITH LLP | MCDONALD CARANO LLP |
|---|---|
| By: */s/ Ethan Featherstone*<br>S. Brent Vogel, Esq. (NSBN 006858)<br>Ethan M. Featherstone, Esq. (NSBN 11566)<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>(702) 893-3383<br>Brent.vogel@lewisbrisbois.com<br>Ethan.featherstone@lewisbrisbois.com | By: */s/ Adam Hosmer-Henner*<br>Adam Hosmer-Henner, Esq. (NSBN 12779)<br>Jane Susskind, Esq. (NSBN 15099)<br>100 West Liberty Street, Tenth Floor<br>Reno, Nevada 89501<br>(775) 788-2000<br>ahosmerhenner@mcdonaldcarano.com<br>jsusskind@mcdonaldcarano.com |
| *Attorneys for Defendant Naphcare, Inc.* | *Attorneys for Plaintiff Richard Banda* |

IT IS SO ORDERED:

_____
**RICHARD E. BOULWARE, II**
**United States District Court**

DATED this 9th day of October, 2022.

2