Adam Hosmer-Henner, Esq., (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Kiley Harrison, Esq. (NSBN 16092)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Richard Banda*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA, | Case No.: 2:19-CV-00095-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |
| NAPHCARE, INC. a corporation; JOHN/JANE DOES 1-5, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Richard Banda ("Plaintiff") and Defendant NaphCare, Inc. ("Defendant"), hereby stipulate, agree, and respectfully request that the Court extend the deadline for Plaintiff to file a reply to Plaintiff's Motion for Leave to Amend (ECF No. 60) from May 15, 2023 to May 22, 2023. The subject Motion (ECF No. 60) was filed on April 24, 2023. Due to the nature of the case, the complexity of arguments, and various scheduling conflicts, Plaintiff requires additional time to review and respond to the arguments presented in Defendant's Opposition to Plaintiff's Motion for Leave to Amend (ECF No. 61) and the supporting declarations (ECF Nos. 62, 63)  and draft an appropriate response.

//

//

//

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

Plaintiff does not seek this one-week extension for purposes of delay, and this is the first request by the parties for an extension of time to file a reply to ECF No. 60.

Dated:  May 11, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:/s/ Ethan M. Featherstone
S. Brent Vogel, Esq. (NSBN 006858)
Ethan M. Featherstone, Esq. (NSBN 11566)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
Brent.vogel@lewisbrisbois.com
Ethan.featherstone@lewisbrisbois.com

*Attorneys for Defendant Naphcare, Inc.*

MCDONALD CARANO LLP

By:/s/ Adam Hosmer-Henner
Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Kiley Harrison, Esq. (NSBN 16092)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Plaintiff Richard Banda*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   11th day of May, 2023.

2