**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendant Las Vegas Metropolitan Police Department

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD BANDA,<br><br>              Plaintiff,<br><br>   vs.<br><br>NAPHCARE, INC. a corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political entity; KRYSTAL CAREY, an individual; ERIC LOPEZ, an individual; HORACE TADEO, an individual; ANN BOHL, an individual; HARRY DURAN, an individual; ANTHONY HAYES, an individual; SCOTT COLE, an individual; DEBRA VANDERWAAG, an individual; SAVANNAH KEAWE, an individual; and JOHN/JANE DOES 1-5,<br><br>              Defendants. | Case Number:<br>2:19-CV-00095-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S RESPONSIVE PLEADING/ANSWER**<br><br>**(FIRST REQUEST)** |

      Plaintiff Richard Banda ("Plaintiff"), by and through their attorneys of record, Adam Hosmer-Henner, Esq., Jane Susskind, Esq., and Kiley Harrison, Esq., with the law firm of McDonald Carano LLP and Defendant, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), by and through their attorneys of record, Craig R. Anderson, Esq. and Jackie V. Nichols, Esq., with the law firm of Marquis Aurbach, and hereby agree and jointly stipulate the following;

      1.    Plaintiff filed their Second Amended Complaint on September 1, 2023 [ECF No. 68];

      2.    Plaintiff served their Second Amended Complaint on LVMPD on September 11, 2023 [ECF No. 71];

MAC:14687-471 5242014_1 10/2/2023 4:40 PM

3. Counsel for LVMPD had a death in the family and has not had sufficient time to review the Second Amended Complaint and prepare a response, and therefore, is unable to meet the deadline of October 2, 2023 currently scheduled for LVMPD's response to the Second Amended Complaint;

4. The Parties have agreed to a four-day extension for LVMPD's Responsive Pleading/Answer to Plaintiff's Second Amended Complaint;

5. Accordingly, the deadline for LVMPD's Responsive Pleading/Answer to Plaintiff's Second Amended Complaint, currently due on October 2, 2023, be extended to and including Friday, October 6, 2023;

6. This is the Parties' first request to extend the deadline to LVMPD's Responsive Pleading/Answer to Plaintiff's Second Amended Complaint; and

7. This Stipulation is being entered in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 2nd day of October, 2023

McDonald Carano LLP

By: /s/ *Jane Susskind*
   Adam Hosmer-Henner, Esq.
   Nevada Bar No. 12779
   Jane Susskind, Esq.
   Nevada Bar No. 15099
   Kiley Harrison, Esq.
   Nevada Bar No. 16092
   100 West Liberty Street, Tenth Floor
   Reno, Nevada 89501
   Attorneys for Plaintiff Richard Banda

DATED this 2nd day of October, 2023

MARQUIS AURBACH

By:   /s/ Jackie V. Nichols
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   Jackie V. Nichols, Esq.
   Nevada Bar No. 14246
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   Attorneys for Defendant Las Vegas
   Metropolitan Police Department

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: October 3, 2023

MAC:14687-471 5242014_1 10/2/2023 4:40 PM

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S RESPONSIVE PLEADING/ANSWER (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 2nd day of October, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-471 5242014_1 10/2/2023 4:40 PM