Adam Hosmer-Henner, Esq., (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Kiley Harrison, Esq. (NSBN 16092)
**McDONALD CARANO LLP**
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Richard Banda*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD BANDA,<br><br>   Plaintiff,<br><br>v.<br><br>NAPHCARE, INC. a corporation; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political entity; KRYSTAL CAREY, an individual; ERIC LOPEZ, an individual; HORACE TADEO, an individual; ANN BOHL, an individual; HARRY DURAN, an individual; ANTHONY HAYES, an individual; SCOTT COLE, an individual; DEBRA VANDERWAAG, an individual; SAVANNAH KEAWE, an individual; and JOHN/JANE DOES 1-5.<br><br>   Defendants. | Case No.: 2:19-CV-00095-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS KRYSTAL CAREY, ERIC LOPEZ, HORACE TADEO, ANN BOHL, SCOTT BLONDEAUX, ANTHONY HAYES, SCOTT COLE, DEBRA VANDERWAAG, AND SAVANNAH KEAWE'S MOTION TO DISMISS (ECF No. 97)**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Plaintiff Richard Banda ("Plaintiff") and Defendants Krystal Carey, Eric Lopez, Horace Tadeo, Ann Bohl, Scott Blondeaux, Anthony Hayes, Scott Cole, Debra Vanderwaag, and Savannah Keawe (collectively, "NaphCare Individuals") hereby stipulate, agree, and respectfully request that the Court extend the deadline for Plaintiff to file an opposition to the NaphCare Individuals' Motion to Dismiss (ECF No. 97) from December 18, 2023 to January 2, 2024. Due to the nature of the case, the complexity of the



1  arguments, and various scheduling conflicts related to the holidays, Plaintiff requires additional

2  time to review and respond to the arguments presented in the NaphCare Individuals' Motion to

3  Dismiss (ECF No. 97).

4        Plaintiff does not seek this two-week extension for purposes of delay, and this is the first

5  request by the parties for an extension of this deadline.

6        IT IS SO STIPULATED.

7  Dated:  December 14, 2023.

8  LEWIS BRISBOIS BISGAARD & SMITH LLP     MCDONALD CARANO LLP

By: */s/ Ethan M. Featherstone*
S. Brent Vogel, Esq. (NSBN 006858)
Ethan M. Featherstone, Esq. (NSBN 11566)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
Brent.vogel@lewisbrisbois.com
Ethan.featherstone@lewisbrisbois.com

*Attorneys for Defendants NaphCare, Inc. and the NaphCare Individuals*

By: */s/ Adam Hosmer-Henner*
Adam Hosmer-Henner, Esq. (NSBN 12779)
Jane Susskind, Esq. (NSBN 15099)
Kiley Harrison, Esq. (NSBN 16092)
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
(775) 788-2000
ahosmerhenner@mcdonaldcarano.com
jsusskind@mcdonaldcarano.com
kharrison@mcdonaldcarano.com

*Attorneys for Plaintiff Richard Banda*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  December 15, 2023.

2