1  Adam Hosmer-Henner, Esq., (NSBN 12779)
   Jane Susskind, Esq. (NSBN 15099)
2  Kiley Harrison, Esq. (NSBN 16092)
   **McDONALD CARANO LLP**
3  100 West Liberty Street, Tenth Floor
   Reno, Nevada 89501
4  (775) 788-2000
   ahosmerhenner@mcdonaldcarano.com
5  jsusskind@mcdonaldcarano.com
   kharrison@mcdonaldcarano.com
6
7  *Attorneys for Richard Banda*

8              **UNITED STATES DISTRICT COURT**

9                  **DISTRICT OF NEVADA**

10 RICHARD BANDA,                        Case No.: 2:19-CV-00095-RFB-DJA

11          Plaintiff,

12 v.                                    **AMENDED STIPULATED DISCOVERY
                                         PLAN AND SCHEDULING ORDER**
13 NAPHCARE, INC. a corporation; LAS
   VEGAS METROPOLITAN POLICE            **SPECIAL SCHEDULING REVIEW
14 DEPARTMENT, a political entity;       REQUESTED**
   KRYSTAL CAREY, an individual; ERIC
15 LOPEZ, an individual; HORACE TADEO, an
   individual; ANN BOHL, an individual;
16 HARRY DURAN, an individual; ANTHONY
   HAYES, an individual; SCOTT COLE, an
17 individual; DEBRA VANDERWAAG, an
   individual; SAVANNAH KEAWE, an
18 individual; and JOHN/JANE DOES 1-5.

19          Defendants.

20

21      Plaintiff Richard Banda ("Plaintiff"), Defendant NaphCare, Inc. ("NaphCare"), and

22 Defendant Las Vegas Metropolitan Police Department ("LVMPD") submit this Stipulated

23 Discovery Plan and Scheduling Order pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b). The

24 parties participated in a Fed. R. Civ. P. 26(f) conference on October 20, 2022, with Jane

25 Susskind participating on behalf of Plaintiff and Ethan Featherstone participating on behalf of

26 NaphCare. The Parties jointly request that the Court: (1) approve this plan and (2) implement the

27 plan as an amended scheduling order.

28 ///

*McDONALD CARANO*
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

Special scheduling review is requested as due to the stay of discovery entered in this matter, the discovery period would run longer than 180 days from the date that the first defendant appeared. Additional time for discovery is warranted due to this stay and due to the recent filing of Plaintiff's amended pleading.

## I.   INFORMATION PURSUANT TO FED. R. CIV. P. 26(f)

**1.   Rule 26(a) Disclosures**: NaphCare served its initial disclosures on November 3, 2022. Plaintiff served his initial disclosures on November 10, 2022. Defendant Las Vegas Metropolitan Police Department was served on September 7, 2023 [ECF No. 68] and moved to dismiss on October 9, 2023 [ECF No. 76], which remains pending. Plaintiff is in the process of serving Defendants Krystal Carey, Eric Lopez, Horace Tadeo, Ann Bohl, Scott Blondeaux, Harry Duran, Anthony Hayes, Scott Cole, Debra Vanderwaag, and Savannah Keawe.

**2.   Subjects on which discovery may be needed:** The parties are in agreement that discovery will be needed on the Plaintiff's claims and NaphCare's denials and affirmative defenses. Discovery does not need to be conducted in phases or limited or focused on particular issues.

**3.   Issues regarding disclosure or discovery of electronically stored information, including the form or forms in which it is produced:** The parties have undertaken efforts to retain any electronically stored information relevant to this matter and have agreed that, unless the requesting party asks for a definite and specific form, the party producing any electronically stored information need not provide such information in any certain form as long as the form provides the other party reasonable access to the information.

**4.   Issues about claims of privilege or protection of trial preparation materials:** The parties prefer to handle these issues on an ad hoc basis as no consensus can be reached in advance.

**5.   Changes to be made in the limitations on discovery:** None.

**6.   Other orders under Rule 26(c) or Rule 16(b) and (c):** The Court entered a Stipulated Confidentiality and Protective Order on February 22, 2023 [ECF No. 56]. No other orders are requested at this time.

## II.     INFORMATION PURSUANT TO LOCAL RULE 26-1(b)

A.     NaphCare's first appearance in this matter was with its Motion to Dismiss, filed on September 23, 2022 [ECF No. 42]. On December 22, 2022, the Court entered a Stipulation and Order extending the deadline to amend pleadings or add parties and staying the remaining discovery deadlines until the Court ruled on NaphCare's Motion to Dismiss [ECF No. 55]. The Court denied NaphCare's Motion to Dismiss and granted Plaintiff's Motion to Amend on August 28, 2023 [ECF No. 67]. Because the nine-month stay is now lifted, and additional parties and claims have been added, the parties submit that good cause exists for the Court to adopt the following amended discovery plan and scheduling order deadlines pursuant to Fed. R. Civ. P. 16(b)(4):

      i.     **Discovery Cut-Off: Monday, November 23**, 2024

      ii.    **Amend Pleadings or Add Parties: Friday, August 28**, 2024

      iii.   **Expert Disclosures: Friday, September 27**, 2024

      iv.    **Rebuttal Expert Disclosures: Monday, October 28**, 2024

      v.     **Dispositive Motions: Friday, December 27**, 2024

      vi.    **Pretrial Orders: Monday, January 27, 2025**

      vii.   **Pretrial Disclosures:** The disclosures required by Rule 26(a)(3) and any objection thereto shall be included in the Pretrial Order.

B.     **Alternative Dispute Resolution:** Pursuant to LR 26-1(b)(7), the parties certify they have met and conferred about the possibility of using alternative dispute-resolution processes including mediation or arbitration. The parties have not agreed to use these processes at the current time but remain open to considering them after further progress in discovery.

C.     **Alternative Forms of Case Disposition:** Pursuant to LR 26-1(b)(8), the parties certify that they discussed and considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties do not consent to these options at this time.

D.     **Electronic Evidence**: The parties intend to meet and confer regarding electronic evidence should any disputes arise.

McDONALD CARANO

100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

E.    **Extensions or Modifications of the Discovery Plan and Scheduling Order Pursuant to 26-4**:  A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A motion or stipulation to extend a discovery deadline or to reopen discovery must include:

(a) A statement specifying the discovery completed;

(b) A specific description of the discovery that remains to be completed;

(c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

///

///

///

///

///

///

///

///

///

///

///

///

///

4

1    (d) A proposed schedule for completing all remaining discovery.

2

3    DATED: November 7, 2023                    DATED: November 7, 2023

4    McDONALD CARANO LLP                        LEWIS BRISBOIS BISGAARD & SMITH
                                                LLP
5

6    By: */s/ Adam Hosmer-Henner*              By:*/s/ Ethan M. Featherstone*
     Adam Hosmer-Henner, Esq. (NSBN 12779)     S. Brent Vogel (NSBN 6858)
7    Jane Susskind, Esq. (NSBN 15099)          Ethan M. Featherstone (NSBN 11566)
     Kiley Harrison, Esq. (NSBN 16092)         6385 S. Rainbow Boulevard, Suite 600
8    100 West Liberty Street, Tenth Floor      Las Vegas, Nevada 89118
     Reno, Nevada 89501                        (702) 893-3383
9    (775) 788-2000                            brent.vogel@lewisbrisbois.com
     ahosmerhenner@mcdonaldcarano.com          ethan.featherstone@lewisbrisbois.com
10   jsusskind@mcdonaldcarano.com
     kharrison@mcdonaldcarano.com              *Attorneys for Defendant Naphcare Inc.*
11
     *Attorneys for Richard Banda*
12
     DATED: November 7, 2023
13
     MARQUIS AURBACH & COFFING
14

15   By:*/s/  Jacqueline Victoria Nichols*
     Craig R. Anderson (NSBN 6882)
16   Jacqueline Victoria Nichols (NSBN 14246)
     10001 Park Run Drive
17   Las Vegas, NV 89145
     702-382-0711
18   canderson@maclaw.com
     jnichols@maclaw.com
19
     *Attorneys for Las Vegas Metropolitan*      Because the Court finds additional time is
20   *Police Department*                         necessary, IT IS HEREBY ORDERED that the
                                                 above stipulated discovery plan is **GRANTED in**
21                                               **part**, subject to the modifications of the Court
                                                 indicated above in red.
22

23                                               **DATED:** April 16, 2024.

24

25

26                                               _____
                                                 **RICHARD F. BOULWARE, II**
27                                               **UNITED STATES DISTRICT JUDGE**

28